IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD B. DeJOHNETTE, | ) | No. C 08-5604 MMC (PR) |
| Plaintiff, | ) ) | **ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| v. | ) ) | |
| S. HUBBARD, et al., | ) | **(Docket No. 10)** |
| Defendants. | ) ) | |
| _____ | ) | |

Good cause appearing, plaintiff's request for an extension of time in which to file an amended complaint is hereby GRANTED. Plaintiff shall file his amended complaint within **sixty (60)** days of the date this order is filed.

Plaintiff's failure to comply with this order will result in the dismissal of the instant action without prejudice.

This order terminates Docket No. 10.

IT IS SO ORDERED.

DATED: October 7, 2009

_____
MAXINE M. CHESNEY
United States District Judge